# TIFFANY & BOSCO
### P.A.
**TWENTY FOURTH FLOOR CENTRAL ARTS PLAZA**
**1850 NORTH CENTRAL AVENUE**
**PHOENIX, ARIZONA 85004**
**TELEPHONE: (602) 255-6000**
**FACSIMILE: (602) 255-0192**
Mark S. Bosco
State Bar No. 010167
Leonard J. McDonald
State Bar No. 014228
ljm@tblaw.com
Attorneys for Secured Creditor
26-05075-PM-AZ

## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| IN RE:<br><br>Paul Gerard Nesser, II and Cynthia Lynn Nesser<br><br>Debtors.<br>_____<br>PennyMac Loan Services, LLC<br><br>Secured Creditor,<br>vs.<br><br>Paul Gerard Nesser, II and Cynthia Lynn Nesser, Debtors; Edward J. Maney, Trustee.<br><br>Respondents. | Chapter 13<br><br>Case No. 2:26-bk-01871-MCW<br><br>**OBJECTION TO CHAPTER 13 PLAN**<br><br>RE: Real Property Located at<br>29120 N 129th Ave<br>Peoria, AZ 85383 |

PennyMac Loan Services, LLC, a secured creditor, by its attorneys, TIFFANY & BOSCO, P.A., hereby objects to the proposed Chapter 13 Plan filed by the Debtors for the following reason:

The Chapter 13 Plan does not adequately provide treatment to PennyMac Loan Services, LLC. The ongoing monthly payment for the loan is $1,653.79. Debtor's plan proposes to pay $0.00 throughout the bankruptcy. Secured Creditor cannot accept a plan that doesn't provide for complete post-petition payments. Secured Creditor is in the processes of preparing its Proof of Claim.

WHEREFORE, Secured Creditor prays as follows:

1. That confirmation of the proposed Chapter 13 Plan be denied;

2. For attorney's fees and costs incurred herein;

3. For such other and further relief as this Court deems just and proper.

DATED this 3rd day of April, 2026.

Respectfully submitted,
TIFFANY & BOSCO, P.A.

BY:  /s/ Leonard J. McDonald #(014228)
    Mark S. Bosco
    Leonard J. McDonald
    Attorneys for Secured Creditor

COPY of the foregoing mailed
April 3, 2026 to:

Paul Gerard Nesser, II and Cynthia Lynn Nesser
29120 N 129th Avenue
Peoria, AZ 85383
Debtors

Thomas Adams McAvity
4131 Main Street
Skokie, IL 60076-2780
Attorney for Debtors

Edward J. Maney
101 N. First Ave.
Suite 1775
Phoenix, AZ  85003
Trustee

By: Jesse Ference